UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

RONALD A. REHKOPF #579010,

        Petitioner,                  Case No. 1:09CV116

v.                                      Hon. Robert J. Jonker

MARGY BERGHUIS,

        Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on October 27, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        As the Report and Recommendation of the Magistrate Judge demonstrates, the habeas petition is moot because because petitioner is no longer in state custody or on probation.  Accordingly, the matter must be and is DISMISSED as moot.

        IT IS SO ORDERED.

                                              /s/Robert J. Jonker
                                              ROBERT J. JONKER
                                              UNITED STATES DISTRICT JUDGE

Dated:  November 17, 2011